# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Luis Blanco Molina, et al.,
    Plaintiffs,

        v.

Lyvia Alvarez-Pagan, et al.,
    Defendants.

**CASE NUMBER: 98-1781 (HL)**

| MOTION |
| --- |
| **Date Filed:10/18/99**　　**Docket # 18**　　**[x] Plffs [] Defts** |
| **Title: Motion Requesting Setting of Initial Scheduling Conference** |
| **Opp'n Filed:**　　**Docket #** |

| ORDER |
| --- |
| Moot.  See the Court's Initial Scheduling Order. |

Date |0|25|99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

| Rec'd: | EOD: |
| --- | --- |
| **By:** | **#** |



