# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Luis Blanco Molina, et al.,
    Plaintiffs,

        v.

Lyvia Alvarez-Pagan, et al.,
    Defendants.

**CASE NUMBER:** 98-1781 (HL)

---

## MOTION

Date Filed:12/3/99    Docket #22    [x] Plffs  [] Defts
Title: Motion Requesting Extension of Time
Opp'n Filed:    Docket #

---

## ORDER

Plaintiff is granted until December 13, 1999 to reply.  If Plaintiff has not replied by that date, the motion will be considered unopposed.

Date 12/7/99

HECTOR M. LAFFITTE
Chief U.S. District Judge



