UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Blanco Molina, et al.,
    Plaintiffs,
    v.
Lyvia Alvarez-Pagan, et al.,
    Defendants.

CASE NUMBER: 98-1781 (HL)

## MOTION

Date Filed: 1/20/00    Docket #26    [] Plffs [x] Defts
Title: Motion to Rule in Regard to Petition to Dismiss under Local Rules 312 and 313
Opp'n Filed:    Docket #

## ORDER

On October 28, 1999, Defendants filed a Motion to Dismiss for Lack of Prosecution under Local Rules 312 and 313. Dkt. No. 21. Then, on December 3, 1999, Plaintiffs filed a Motion Requesting Extension of Time to respond to Defendants' motion. Dkt. No. 22. The Court granted Plaintiffs until December 13, 1999 to respond or risk having Defendants' motion taken as unopposed. In response to this order from the Court, Plaintiffs still did nothing, ignoring Defendants' motion to dismiss and the Court's order. Finally, on January 20, 2000, Defendants filed this Motion to Rule in Regard to Petition to Dismiss under Local Rules 312 and 313. Dkt. No. 26.

Because of Plaintiffs' failure to respond to Defendants' motion to dismiss, Dkt. No. 21, Defendants' the motion is taken as unopposed. Accordingly, it is granted. Such a dismissal is clearly within the Court's inherent powers. See *Link v. Wabash Railroad Company*, 370 U.S. 626 (1962); Fed. R. Civ. P. 41(b). Wherefore, this case is hereby dismissed without prejudice. Judgment shall be entered accordingly.

Date 1-28-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge