# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

LUIS BLANCO MOLINA, et al.,
  Plaintiffs,

v.

Civil No. 98-1781 (HL)

LYVIA ALVAREZ-PAGAN, et al.,
  Defendants.

## JUDGMENT

The Court having issued an Order on this same date, judgment is hereby entered

dismissing this case without prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 28th day of January, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge



